# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 07-00399-MLG | Date | February 4, 2008 |
|---|---|---|---|
| Title | Anna Escobedo v. Betty's Fabrics, et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) Order to Show Cause

On November 6, 2007, Counsel for Plaintiff filed a Notice of Settlement. Plaintiff has yet to file a dismissal of this action. Plaintiff shall show cause in writing, on or before February 14, 2008, why this action should not be dismissed with prejudice.

Initials of Preparer   ts